United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 09-17170-sr
Joey's Steakhouse, LLC                                              Chapter 7
Joey's Steakhouse, LLC
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2       User: JeanetteG           Page 1 of 2           Date Rcvd: Jun 19, 2015
                           Form ID: pdf900           Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2015.
```
db             +Joey's Steakhouse, LLC,    MAILING ADDRESS,    823 Wilder Street,    Philadelphia, PA 19147-5713
db             +Joey's Steakhouse, LLC,    6130 Passyunk Avenue,    Philadelphia, PA 19153-3508
cr             +6130 West, LLC,    Kenneth E. Aaron, Esquire,    Weir & Partners LLP,
                 The Widener Building, Suite 500,    1339 Chestnut Street,    Philadelphia, PA 19107-3519
cr             +U.S. Foodservice, Inc.,    c/o Dana S. Plon,    Sirlin Gallogly & Lesser, P.C.,
                 1529 Walnut Street,    Suite 600,    Philadelphia, PA 19102-3012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jun 20 2015 01:39:55     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 20 2015 01:38:38      
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 20 2015 01:39:32      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2015 at the address(es) listed below:
```
              ALBERT A. CIARDI, III    on behalf of Debtor    Joey's Steakhouse, LLC aciardi@ciardilaw.com,
               agiuliano@ciardilaw.com;aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;dmerritt@ciardilaw.com
              DANA S. PLON    on behalf of Creditor    U.S. Foodservice, Inc. dplon@sirlinlaw.com
              GARY F SEITZ    on behalf of Counter-Defendant Gary F. Seitz, Chapter 7 Trustee gseitz@gsbblaw.com,
               hsmith@gsbblaw.com
              GARY F SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Trustee GARY F SEITZ gseitz@rawle.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff Gary F. Seitz, Chapter 7 Trustee gseitz@rawle.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              JENNIFER M. ZELVIN    on behalf of Trustee GARY F SEITZ jzmattorney@gmail.com
              KENNETH E. AARON    on behalf of Defendant Anthony  Alberto kaaron@weirpartners.com
              KENNETH E. AARON    on behalf of Defendant    New Club, LLC kaaron@weirpartners.com
              KENNETH E. AARON    on behalf of Defendant John  Devirgilis kaaron@weirpartners.com
              KENNETH E. AARON    on behalf of Defendant    Martin J. Pezzner, Esquire, solely in his capacity as
               the Adminstrator of the Decedent's kaaron@weirpartners.com
              KENNETH E. AARON    on behalf of Creditor    6130 West, LLC kaaron@weirpartners.com
              KENNETH E. AARON    on behalf of Defendant Robert S. LeFlar kaaron@weirpartners.com
              KENNETH E. AARON    on behalf of Defendant Henry P. Alfano kaaron@weirpartners.com
              KENNETH E. AARON    on behalf of Defendant    6130 West LLC kaaron@weirpartners.com
              LAUREN N. SCHWIMMER    on behalf of Defendant Henry P. Alfano lschwimmer@weirpartners.com
              LAUREN N. SCHWIMMER    on behalf of Defendant John  Devirgilis lschwimmer@weirpartners.com
              LAUREN N. SCHWIMMER    on behalf of Creditor    6130 West, LLC lschwimmer@weirpartners.com
              LAUREN N. SCHWIMMER    on behalf of Defendant    New Club, LLC lschwimmer@weirpartners.com
              LAUREN N. SCHWIMMER    on behalf of Defendant    Martin J. Pezzner, Esquire, solely in his capacity
               as the Adminstrator of the Decedent's lschwimmer@weirpartners.com
              LAUREN N. SCHWIMMER    on behalf of Defendant    6130 West LLC lschwimmer@weirpartners.com
              LAUREN N. SCHWIMMER    on behalf of Defendant Anthony  Alberto lschwimmer@weirpartners.com
              LAUREN N. SCHWIMMER    on behalf of Defendant Robert S. LeFlar lschwimmer@weirpartners.com
              PA Dept of Labor and Industry - UCTS    ra-li-beto-bankreading@state.pa.us
```

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2                  Date Rcvd: Jun 19, 2015
                              Form ID: pdf900              Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          THOMAS D KENNY    on behalf of Debtor    Joey's Steakhouse, LLC INFO@KMKMLAW.COM
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                TOTAL: 26

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| JOEY S STEAKHOUSE LLC | Bankruptcy No. 09-17170-SR |
| Debtor | |

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

Upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

By the Court:

_____ 6/17/15
Stephen Raslavich
U.S. BANKRUPTCY JUDGE

cc: Debtor
    Debtor's Counsel
    United States Trustee
    Trustee
    Counsel for Trustee
    Creditors